UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LACINDO A. M. LUCKETT,<br><br>Plaintiff,<br><br>v.<br><br>A. NEUZERLING and E. EISNER,<br><br>Defendants. | CAUSE NO. 3:26-CV-70-PPS-JEM |

OPINION AND ORDER

Lacindo A. M. Luckett, a prisoner without a lawyer, filed a complaint that did not state a claim. *See* ECF 9. He was granted until July 29, 2026, to file an amended complaint and was cautioned that if he did not respond, this case would be dismissed without further notice. *Id*. That deadline has passed, and he did not respond.

For these reasons, this case is DISMISSED under 28 U.S.C. § 1915A because the complaint does not state a claim for which relief can be granted.

SO ORDERED.

ENTERED: August 12, 2026.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT